

U.S. Department of Justice

United States Attorney
Eastern District of New York

NMA
F. #2020R00304

271 Cadman Plaza East
Brooklyn, New York 11201

January 19, 2023

<u>By ECF</u>

The Honorable Ann M. Donnelly
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: <u>United States v. Darrius Sutton, et al</u>
     <u>Criminal Docket No. 20-CR-323 (S-4) (AMD)</u>

Dear Judge Donnelly:

  On January 11, 2023, a grand jury sitting in this district returned a fourth superseding indictment in the above-captioned case. The fourth superseding indictment corrects certain typographical errors in the third superseding indictment; it does not include any new charges. A "compare" version showing the changes from S-3 to S-4 is attached for your convenience as Exhibit A to this letter.

  A status conference is scheduled in this matter for January 26, 2022 at 11:30 a.m. The government respectfully requests that the Court arraign the defendants on the fourth superseding indictment at that time.

           Respectfully submitted,

          BREON PEACE
          United States Attorney

      By:   /s/
        Nick M. Axelrod
        Assistant U.S. Attorney
        (718) 254-6883

cc: Clerk of Court (AMD) (by E-mail and ECF)
   Defense counsel (by E-mail and ECF)